■ MOIRA A. MURRAY, Individually and as Parent and Natural Guardian of the Persons and Property of MARGARET E. MURRAY and Another, Infants, and as Administratrix of the Estate of JOHN F. MURRAY, Deceased, Appellant, v LANCASTER MOTORSPORTS, INC., et al., Respondents, et al., Defendants. LANCASTER MOTORSPORTS, INC., et al., Third-Party Plaintiffs, v HENRIETTA BUILDING SUPPLIES, INC., Third-Party Defendant-Respondent. [816 NYS2d 397]—Motion for leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.

■ In the Matter of COUNTY OF CHAUTAUQUA, Respondent, v CIVIL SERVICE EMPLOYEES ASSOCIATION, LOCAL 1000, AFSCME, AFL-CIO, et al., Appellants. [816 NYS2d 397]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Kehoe, Gorski, Martoche and Green, JJ.

■ AMANDA HEALEY JOHNSON, as Administratrix of the Goods, Chattels and Credits of JEFFREY ALAN HEALEY, Deceased, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 98766.) [816 NYS2d 398]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ MANUFACTURER'S & TRADERS TRUST COMPANY, Named in the Relevant Escrow Agreements as MANUFACTURER'S & TRADERS BANK, Plaintiff, v RELIANCE INSURANCE COMPANY et al., Defendants, O'BRIEN & GERE TECHNICAL SERVICES, INC., et al., Appellants, and FRU-CON/FLUOR DANIEL JOINT VENTURE, Respondent. [816 NYS2d 398]—Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.